JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARE FIRST SURGICAL CENTER, a California limited liability company,<br><br>        Plaintiff(s),<br><br>    vs.<br><br>MERCK SHARP & DOHME CORP., in its capacity as Plan Administrator of the MSD Medical, Dental and Long Term Disability Program for Nonunion Employees; MSD MEDICAL, DENTAL AND LONG TERM DISABILITY PROGRAM FOR NONUNION EMPLOYEES,<br><br>        Defendant(s). | Case No.: CV 4-3335-GW (ASx)<br><br>[Assigned to the Hon. George H. Wu]<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1     IT IS HEREBY ORDERED that pursuant to the stipulation of the parties,
2  the above-entitled action is hereby dismissed in its entirety, <u>with</u> prejudice,
3  pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure* and in
4  accordance with the terms of these parties' written confidential settlement
5  agreement.
6     The Court shall retain jurisdiction over this action for all matters relating to
7  the parties' performance under and enforcement of the above-mentioned
8  settlement agreement between them.
9     Each party shall bear its own fees and costs.

10

11
12  DATED: November 18, 2014_____ /s/ George H. Wu
            HONORABLE GEORGE H. WU
13          UNITED STATES DISTRICT JUDGE